FIFTY WEST SEVENTY-SEVENTH STREET CORPORATION, Respondent, v. LITTMAN'S, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACK SILVESTRI, INC., Appellant, v. 1451 COLLEGE AVENUE, INC., and EDWARD L. LARKIN, Respondents.— Order modified by granting items 1, 2, 3 and 4 of the notice of motion, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIMON Moss, Appellant, v. RUSSELL B. WIGGINS, Defendant. SAMUEL WITTE, Attorney, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CHAMPION REFRIGERATOR Co., INC., Appellant, v. THE REPUBLIC METALWARE Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CONSOLIDATED FILM INDUSTRIES, INC., Respondent, v. QUALITY DISTRIBUTING CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALBERT D. SAMUEL, Respondent, v. WILLIAM Fox, Appellant.— Order so far as appealed from modified by granting examination in full with respect to items 2, 3, 8, 9 and 10 of the notice of examination, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of ANDREW McNEAL PETTIT for an Allowance Out of the Surplus Income of the Estate of IDA A. FLAGLER, an Incompetent.*— Order so far as appealed from modified by reducing the amount allowed as referee's fee to the sum of $1,000, the amount allowed for services to the special guardian and the attorney for petitioner to the sum of $500 each, and as so modified affirmed, with $10 costs and disbursements to the appellants payable out of the fund. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS WEISBERG and Another, Respondents, v. NATIONAL CHROMIUM CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE POLACOFF, Respondent, v. ABRAHAM POLACOFF, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.